**FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y**

★   MAY 16 2011   ★

**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------X

Mortgage Electronic Regulation Systems, Inc.

          **Appellant(s)**

-v-

Ferrel L. Agard, et. al.

          **Appellee(s)**

------------------------------------------------X

**NOTICE OF DOCKETING
BANKRUPTCY APPEAL**

U.S.D.C. Case No.: <u>CV-11-2366-JFB</u>

**U.S. Bankruptcy Court
Case No.: <u>8-10-77338-REG</u>**

     In accordance with Rule 8007(b) of the Bankruptcy Rules, notice is hereby given of the docketing on <u>5/20/2011</u> of an appeal taken in the above-referenced action from an order, judgment or decree of the Bankruptcy Court entered on or after <u>3/30/2011</u>.

     This proceeding has been assigned to the **HONORABLE JOSEPH F. BIANCO**, United States District Judge. Please indicate the assigned judge and the District Court case number on all papers being submitted to the court. Filing and service of the briefs and appendix are to be accomplished in accordance with Rule 8009 of the Bankruptcy Rules and/or the Individual Judge's Court Rules.

Dated: Central Islip, NY 11722
       5/20/2011

ROBERT C. HEINEMANN
Clerk of the Court

By: _____/s/ Eric L. Russo_____

Eric L. Russo, Deputy Clerk

Notice mailed or ECF'd to all parties to the order, judgment or decree appealed from as listed herein:

See attached sheet:

- Charles C. Martorana, via ECF
    *Attorney for Mortgage Electronic Registration Systems, Inc.*
- Jessica Marie Baker, via ECF
    *Attorney for Mortgage Electronic Registration Systems, Inc.*
- George E. Bassias, via ECF
    *Attorney for Ferrel L. Agard*
- Karamvir Dahiya, via ECF
    *Attorney for Ferrel L. Agard*
- Robert L. Pryor, via ECF
- Alfred M. Dimino, via ECF
    *Attorney for the U.S. Trustee*
- Amy E. Polowy, via ECF
    *Attorney for Select Portfolio Servicing, Inc.*
- Joseph N. Froehlich, via ECF
    *Attorney for Select Portfolio Servicing, Inc.*